**SQUITIERI & FEARON, LLP**
Lee Squitieri
305 Broadway, 7th Floor
New York, NY 10007
lee@sfclasslaw.com
212-421-5492

**GARDY & NOTIS, LLP**
James S. Notis
150 East 52nd Street, 11th Floor
New York, NY 10022
jnotis@gardylaw.com
212-905-0509

*Counsel for Plaintiff*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| BED BATH & BEYOND INC., et al., | Case No. 23-13359 |
| Debtors. | Adversary No.: 23-1115 |
| JUDITH COHEN, | |
| Plaintiff, | |
| v. | |
| RYAN COHEN and RC VENTURES, LLC, | |
| Defendants. | |

### ADDRESSES OF PARTIES

Plaintiff:   Judith Cohen
            7 Rever Drive
            Florham Drive, New Jersey 07932

1

Defendants:   Ryan Cohen
P.O. Box 25250
PMB 30427
Miami, Florida 33102

RC Ventures, LLC
P.O. Box 25250
PMB 30427
Miami, Florida 33102

Dated: May 1, 2023

**SQUITIERI & FEARON, LLP**

By: s/ *Lee Squitieri*
      Lee Squitieri
305 Broadway, 7th Floor
New York, NY 10007
lee@sfclasslaw.com
212-421-5492

**GARDY & NOTIS, LLP**
James S. Notis
150 East 52nd Street, 11th Floor
New York, NY 10022
jnotis@gardylaw.com
212-905-0509

*Counsel for Plaintiff*